1  DANIEL J. BRODERICK
   Federal Defender
2  BENJAMIN D. GALLOWAY, BAR #214897
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6

7              IN THE UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,      )    CASE NO. MAG 08-0076-KJM
                                   )
11                 Plaintiff,      )    STIPULATION AND ORDER TO
                                   )    EXTEND TIME FOR PRELIMINARY
12       v.                        )    EXAMINATION AND EXCLUDE TIME
                                   )
13  DENNIS ADOLFO MILLAN-ROJAS,    )    Date:  April 4, 2008
                                   )    Time:  2:00 p.m.
14                 Defendant.      )    Judge: Dale A. Drozd
    _____    )

15

16

17       The parties agree that time beginning March 14, 2008 and

18  extending through April 4, 2008, should be excluded from the

19  calculation of time under the Speedy Trial Act.  Further, the

20  Defendant consents to an extension of the time for preliminary

21  examination until April 4, 2008.  Fed. R. Crim. P. 5.1(d).  The

22  parties submit that the ends of justice are served by the Court

23  excluding such time, so that they may have reasonable time

24  necessary for effective preparation, taking into account the

25  exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In

26  particular, the time is required so that the parties can discuss

27  a proposed disposition and conduct investigation.  The parties

28  stipulate that this interest of justice outweighs the interest of

                                1

the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases.  Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar until April 4, 2008, or such time as either party may request a hearing for a purpose other than preliminary examination.

DATE: March 13, 2008          Respectfully Submitted,

                              DANIEL BRODERICK
                              Federal Defender


                              /s/ Benjamin D. Galloway
                              BENJAMIN D. GALLOWAY
                              Staff Attorney


DATE: March 13, 2008          McGREGOR W. SCOTT
                              United States Attorney


                      By:    /s/ Kyle Reardon
                              KYLE REARDON
                              Assistant U.S. Attorney

**SO ORDERED.**

DATE:    3/13/08

                              _____
                              U.S. Magistrate Judge

2