DANIEL J. BRODERICK
Federal Defender
BENJAMIN D. GALLOWAY, BAR #214897
Staff Attorney
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DENNIS ADOLFO MILLAN-ROJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. MAG 08-0076-KJM |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |
| v. | |
| DENNIS ADOLFO MILLAN-ROJAS, | Date: April 18, 2008<br>Time: 2:00 p.m. |
| Defendant. | Judge: Dale A. Drozd |

The parties agree that time beginning April 4, 2008 and extending through April 18, 2008, should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for preliminary examination until April 18, 2008. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the parties can discuss a proposed disposition and conduct investigation. The parties stipulate that this interest of justice outweighs the interest of

1

the public and the defendant in a speedy filing of an indictment or information, 18 U.S.C. §§ 3161(b), (h)(8)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

The parties further request that this matter be taken off calendar until April 18, 2008, or such time as either party may request a hearing for a purpose other than preliminary examination.

DATE: April 1, 2008              Respectfully Submitted,

                                 DANIEL BRODERICK
                                 Federal Defender


                                 /s/ Benjamin D. Galloway
                                 BENJAMIN D. GALLOWAY
                                 Staff Attorney


DATE: April 1, 2008              McGREGOR W. SCOTT
                                 United States Attorney


                           By:   /s/ Kyle Reardon
                                 KYLE REARDON
                                 Assistant U.S. Attorney

**SO ORDERED.**

DATE: 4/1/08                     _/s/_
                                 U.S. Magistrate Judge